**CARLSON LYNCH LLP**
Todd D. Carpenter (CA 234464)
Scott G. Braden (CA 305051)
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone: 619.762.1910
Facsimile: 619.756.6991
tcarpenter@carlsonlynch.com
sbraden@carlsonlynch.com

*Attorneys for Plaintiff and Proposed Class Counsel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE FISHER, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>CHICO'S FAS, INC., a Florida Corporation, and DOES 1-50, inclusive,<br><br>            Defendant. | Case No. 3:19-cv-00856-DMS-MSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed with prejudice by Plaintiff Jackie Fisher pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: March 5, 2020        **CARLSON LYNCH, LLP**

*/s/ Todd D. Carpenter*
Todd D. Carpenter

*Attorneys for Plaintiff and Proposed Class Counsel*